ROY BARNES*
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

OF COUNSEL:

MARC A. TENENBAUM^***
ALBERT RODRIGUES
GIACCHINO RUSSO

KARIN ARROSPIDE
DANIELLE M. CARNEY
DANA HENKE^
STEVEN KERN^^
SAMER E. KHALAF**+
HEIDI MAHER
GILLIAN MCGOEY^^
YONGMIN OH
KELLIE T. WALKER
JUDY S. WONG

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

**VIA ECF & FAX (212) 805-7920**

October 25, 2007

Deputy Law Clerk, Jim Reily
for Honorable Shira A. Scheindlin
500 Pearl Street, 15C
New York, NY 10007

Re:    Plasterers Local 262 Benefit Funds v. Medway Construction
       Docket No. CV-07-7640

Dear Mr. Reily:

This firm is counsel to the above named Plaintiff Funds.

There is an initial conference scheduled for October 30, 2007 at 3:00 p.
respectfully requesting either an adjournment or a cancellation of the c
This is a first request for said adjournment.

Our request is based on the fact that the Defendant was served on Sept
2007 and has not responded in any manner to the Complaint. Accord
will be submitting to the Court a Motion for a Default Judgment.

Please advise if our request is acceptable to the Court.

Thank you.

Sincererly,

Danielle M. Carney, Esq.

DMC:jp

enclosures

cc:    Fund Office