# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

ROY BARNES*
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

OF COUNSEL:
MARC A. TENENBAUM^***
ALBERT RODRIGUES
GIACCHINO RUSSO

KARIN ARROSPIDE
DANIELLE M. CARNEY
DANA HENKE^
STEVEN KERN^^
SAMER E. KHALAF***+
HEIDI MAHER
GILLIAN MCGOEY^^
YONGMIN OH
KELLIE T. WALKER
JUDY S. WONG

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
Tel: (914) 592-5740
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

15 Mountain Avenue
North Plainfield, New Jersey 07060
Tel: (908) 757-2067
Fax: (908) 753-2238

Also Admitted in PA
** Also Admitted in NJ
*** Also Admitted in OH
^ Also Admitted in DC
^^ Also Admitted in CT
+ Also Admitted in MD

**VIA ECF & FAX (212) 805-7920**

October 25, 2007

Deputy Law Clerk, Jim Reily
for Honorable Shira A. Scheindlin
500 Pearl Street, 15C
New York, NY 10007

Re: Plasterers Local 262 Benefit Funds v. Medway Construction
    Docket No. CV-07-7640

Dear Mr. Reily:

This firm is counsel to the above named Plaintiff Funds.

There is an initial conference scheduled for October 30, 2007 at 3:00 p.m. We are respectfully requesting either an adjournment or a cancellation of the conference. This is a first request for said adjournment.

Our request is based on the fact that the Defendant was served on September 18, 2007 and has not responded in any manner to the Complaint. Accordingly, we will be submitting to the Court a Motion for a Default Judgment.

Please advise if our request is acceptable to the Court.

Thank you.

Sincererly,

Danielle M. Carney, Esq.

DMC:jp

enclosures

cc: Fund Office
    Medway Construction, Inc. (via facsimile 212-366-4010)

---

*Handwritten order:*

Plaintiff's request is granted. The conference previously scheduled for Oct. 30, 2007, at 3:00 pm is adjourned sine die. Plaintiff is directed to submit its motion for default judgment by Nov. 15, 2007.

SO ORDERED:

Date: Oct. 25, 2007

Shira A. Scheindlin, USDJ