# Barnes, Iaccarino, Virginia, Ambinder & Shepherd,
## ATTORNEYS AT LAW

ROY BARNES*
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

MARC A. TENENBAUM^***

KARIN ARROSPIDE
DANIELLE M. CARNEY
DANA HENKE^
STEVEN KERN††
SAMER E. KHALAF**†
STEVEN KERN^^
HEIDI MAHER
GILLIAN McGOEY^^
YONGMIN OH
ALBERT RODRIGUES
KELLIE TERESE WALKER
JUDY S. WONG

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

**VIA ECF & REGULAR MAIL**

October 31, 2007

Deputy Law Clerk, Jim Reily
for Honorable Shira A. Scheindlin
500 Pearl Street, 15C
New York, NY 10007

Re:   Plasterers Local 262 Benefit Funds v. Medway Construction
      Docket No. CV-07-7640

Dear Mr. Reily:

This firm is counsel to the above named Plaintiff Funds.

After receiving my request to the Court, the Defendant contacted an at[torney who] has agreed to comply with the Plaintiff's audit demand. The earliest a[ppointment] the accountants for each party could agree on was December [date]. Accordingly, it will not be necessary to submit a Motion for Default.

Please advise if you want our offices to submit a status report as to [the] results. We are respectfully requesting that if the Court orders a con[ference it] would not be for period December 14 to December 28 because c[ounsel for] Plaintiffs will be out of town.

Thank you.

Sincererly,

Danielle M. Carney, Esq.

DMC:jp

cc:   Fund Office
      Michael Rabinowitz, Esq. Attorney for Defendants