# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

ROY BARNES*
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

OF COUNSEL:
MARC A. TENENBAUM^***
ALBERT RODRIGUES
GIACCHINO RUSSO

KARIN ARROSPIDE
DANIELLE M. CARNEY
DANA HENKE^
STEVEN KERN^^
SAMER E. KHALAF**+
*HEIDI MAHER
GILLIAN MCGOEY^^
YONGMIN OH
KELLIE T. WALKER
JUDY S. WONG

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
Tel: (914) 592-5740
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

5 Mountain Avenue
North Plainfield, New Jersey 07060
Tel: (908) 757-2067
Fax: (908) 753-2238

\*   Also Admitted in PA
\*\*  Also Admitted in NJ
\*\*\* Also Admitted in OH
^   Also Admitted in DC
^^  Also Admitted in CT
+   Also Admitted in MD

**VIA ECF**

December 27, 2007

Deputy Law Clerk, Jim Reily
for Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, 15C
New York, NY 10007

Re:   Plasterers Local 262 Benefit Funds v. Medway Construction
      Docket No. CV-07-7640

Dear Mr. Reily:

This firm is counsel to the above named Plaintiff Funds. A conference is scheduled for January 3, 2008 at 4:30 p.m. This is the first request for an adjournment.

The Defendant has complied with the Plaintiff's audit demand. However, the audit took place on December 13th and the Fund's auditor has not had enough time to compile the results.

Accordingly, we are respectfully requesting an adjournment of the January 3, 2008 conference to allow the parties to resolve this matter.

Thank you.

Contact me should you have any questions.

Sincerely,

Danielle M. Carney, Esq.

DMC:jp

cc:   Fund Office
      Michael Rabinowitz, Esq. Attorney for Defendants
      (via facsimile 516-739-8225)