UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

TRUSTEES OF THE OPERATIVE
PLASTERERS INTERNATIONAL
ASSOCIATION LOCAL 262, *et al.*,

        Plaintiffs,

- against -

MEDWAY CONSTRUCTION,

        Defendant.

------------------------------------------------------------ X

<u>ORDER OF
DISMISSAL</u>

07 Civ. 7640 (SAS)

        The parties having notified the Court that they have nearly reached a resolution of this action,

        IT IS HEREBY ORDERED that this action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty days of the date of this Order, counsel for any party may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

        SO ORDERED:

        Shira A. Scheindlin
        U.S.D.J.

Dated:    New York, New York
            March 24, 2008

- **Appearances** -

**For Plaintiffs:**

Danielle Marlene Carney, Esq.
Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
111 Broadway
New York, New York 10006
(516) 483-2990

**For Defendant:**

Jean M. Allen, Esq.
Rabinowitz & Galina
94 Willis Avenue
Mineola, New York 11501
(516) 739-8222