# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

ROY BARNES*
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

OF COUNSEL:

MARC A. TENENBAUM^***
ALBERT RODRIGUES
GIACCHINO RUSSO

KARIN ARROSPIDE
DANIELLE M. CARNEY
DANA HENKE^
STEVEN KERN^^
SAMER E. KHALAF*+*
HEIDI MAHER
GILLIAN MCGOEY^^
YONGMIN OH
KELLIE T. WALKER
JUDY S. WONG

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
Tel: (914) 592-5740
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

6 Mountain Avenue
Plainfield, New Jersey 07060
Tel: (908) 757-2067
Fax: (908) 753-2258

**VIA FACSIMILE 212-805-7920**

April 22, 2008

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    Docket No. CV-07-7640
       Plasterers Local 262 Benefit Funds v. Medway Construction

Dear Judge Scheindlin:

This firm is counsel to the Plaintiffs, Plasterers Local 262 Benefit Funds. This letter is made in relation to the Order of Dismissal signed March 24, 2008.

Please be advised that the parties are working on a settlement agreement which would resolve the matter. However, it will not be able to be completed and executed prior to April 24, 2008, the restoration deadline.

Accordingly, we are respectfully requesting a two (2) week extension of the restoration time to allow the review and execution of the settlement agreement.

Thank you for your consideration of this request.

Sincerely,

Danielle M. Carney, Esq.

DMC:jp

cc:  Michael M. Rabinowitz, Esq. (via facsimile)

*Request granted. The parties may restore this case to the calendar by May 8, 2008. So Ordered. 4/22/08*