# BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC
## ATTORNEYS AT LAW

ROY BARNES*
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

OF COUNSEL:
MARC A. TENENBAUM^**
ALBERT RODRIGUES
GIACCHINO RUSSO

KARIN ARROSPIDE
DANIELLE M. CARNEY
DANA HENKE^
STEVEN KERN^^
SAMER E. KHALAF**+
HEIDI MAHER
GILLIAN MCGOEY^^
YONGMIN OH
KELLIE T. WALKER
JUDY S. WONG

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

256 Saw Mill River Road
Elmsford, New York 10523
Tel: (914) 592-5740
Fax: (914) 592-9213

111 Broadway
Trinity Centre
Suite 1405
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

5 Mountain Avenue
North Plainfield, New Jersey 07060
Tel: (908) 757-2067
Fax: (908) 753-2238

* Also Admitted in PA
** Also Admitted in NJ
*** Also Admitted in OH
+ Also Admitted in DC
^ Also Admitted in CT
^^ Also Admitted in MD

**VIA FACSIMILE 212-805-7920**

May 7, 2008

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:　Docket No. CV-07-7640
　　　Plasterers Local 262 Benefit Funds v. Medway Construction

Dear Judge Scheindlin:

This firm is counsel to the Plaintiffs, Plasterers Local 262 Benefit Funds. This letter is made in relation to the Order of Dismissal signed March 24, 2008.

A previous extension of the restoration deadline was granted up to May 8, 2008.

As an update, a settlement agreement was prepared and forwarded to the Defendant's attorney. It is our understanding that execution is imminent. However, we are not in receipt of the signed agreement.

Accordingly, we are respectfully requesting an additional two (2) week extension of the restoration time to allow for execution of the settlement agreement.

Thank you for your consideration of this request.

Sincerely,

Danielle M. Carney, Esq.

DMC:jp

cc: Michael M. Rabinowitz, Esq. (via facsimile)

*[Handwritten note:] Request granted. The parties may have until May 22, 2008 to restore this case to the calendar. So Ordered. [signature] USDJ 5/7/08*